```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 36077
   EARL D SEARS
   RITA J SEARS                               CHAPTER 13

                                              JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-7526     SSN XXX-XX-7882

-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/08/05 and confirmed on 11/29/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 105341.68 .

   4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED VEHIC    22200.00         960.41      22200.00
INTERNAL REVENUE SERVICE  PRIORITY          9737.71            .00       9737.71
CAPITAL ONE               UNSECURED          363.24            .00        363.24
ECAST SETTLEMENT CORPORA  UNSECURED        30526.02            .00      30526.02
CITI FINANCIAL            UNSECURED         8950.00            .00       8950.00
DIRECT MERCHANTS CREDIT   UNSECURED        NOT FILED          .00           .00
EMPRESS CASINO JOLIET CO  UNSECURED        NOT FILED          .00           .00
HEALTHCARE ASSOC CREDIT   UNSECURED         5500.05            .00       5500.05
ECAST SETTLEMENT CORPORA  UNSECURED         3429.32            .00       3429.32
KOHLS                     UNSECURED         1036.58            .00       1036.58
ECAST SETTLEMENT CORPORA  UNSECURED          803.69            .00        803.69
PAYDAY LOAN               UNSECURED         1985.73            .00       1985.73
ECAST SETTLEMENT CORP     UNSECURED         2672.22            .00       2672.22
WELLS FARGO FINANCIAL IN  UNSECURED          627.42            .00        627.42
DAIMLER CHRYSLER FINANCI  UNSECURED         8319.20            .00       8319.20
INTERNAL REVENUE SERVICE  UNSECURED          214.15            .00        214.15
            Summary of disbursements:
-----------------------------------------------------------------------------
                 SECURED      PRIORITY   UNSECURED     OTHER         TOTAL

TOTAL CLMS ALLOWED  22200.00    9737.71   64427.62       .00       96365.33
PRINCIPAL PAID      22200.00    9737.71   64427.62       .00       96365.33
INTEREST PAID         960.41        .00        .00       .00         960.41
TOTAL PAID          23160.41    9737.71   64427.62       .00       97325.74
The Debtor's attorney, JOHN A REED                , was allowed $   2700.00
and was paid $    606.00  direct and $    2094.00  through the plan.

The Trustee received $    4336.49 .

Refunds to the Debtor totaled $    1585.45 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/19/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE












                            PAGE   2
        CASE NO. 05 B 36077 EARL D SEARS & RITA J SEARS